# United States District Court

MIDDLE DISTRICT OF FLORIDA
SAM M. GIBBONS COURTHOUSE
801 NORTH TAMPA AVENUE, SUITE:1058
TAMPA, FLORIDA 33602

(813) 301-5340 PHONE

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

June 16, 2009

George Reynolds
Committee on Financial Disclosure
Administrative Office of the United States
One Columbus Circle, NE
Washington, DC 20544

**Via FAX and U.S. Mail**

**SELF INITIATED
AMENDMENT**

Dear Mr. Reynolds:

Please be advised that on March 10, 2008, I sold SLX (Market Vectors Steel). This had been reported on Line 177 of my 2007 report. At the end of 2008, I maintained a cash brokerage account at Wachovia Securities. This previously was reported on Line 185 of my 2007 report.

Thank you for you assistance in this matter. If you need any more information, please let me know.

VMC/js

| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Covington, Virginia M. | 2. Court or Organization District Court -- Middle Florida | 3. Date of Report 05/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 801 N. Florida Ave., Ste. 1058 Tampa, FL 33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Governors | Georgetown University |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 A 11: 32 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 8/1 | ███████ royalities from sale of books. | $250.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. American Bar Association | June 16-22, 2008 | Washington, D.C. | CLE (teaching) | Airfare, ground transportation, food, etc. |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Covington, Virginia M. | - | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | B | Interest | K | T | | | | | |
| 2. Capital World Growth & Income Fund ( CWGCX) (Y) | | | | | | | | | |
| 3. Lake Property, Hillsborough County, FL | D | Rent | N | S | | | | | |
| 4. Beach Property, Pinellas County, FL | E | Rent | P1 | S | | | | | |
| 5. SunTrust Bank Accounts | D | Interest | L | T | | | | | |
| 6. Centennial Money Market Trust | A | Dividend | J | T | | | | | |
| 7. Annaly Capital Management, Inc. Common Stock (NLY) | A | Dividend | | | Sold | 3/30 | J | A | |
| 8. Cross Timbers Royalty Trust (CRT) | A | Interest | | | Sold | 3/20 | J | A | |
| 9. Nuveen Income Portfolio (NXQ) | A | Dividend | | | Sold | 3/20 | J | A | |
| 10. Income Fund of America (IFACX) | B | Dividend | | | Sold | 3/20 | K | | |
| 11. Sun Life Key Annuity (Y) | | | | | | | | | |
| 12. Beach Condo, Pinellas County, FL | D | Rent | N | S | | | | | |
| 13. A.G. Edwards Money Market Fund | A | Interest | J | T | | | | | |
| 14. TIAA Cref Annuity (Y) | | | | | | | | | |
| 15. MFS Inv. Grade Mun. Tr. (CXH) | A | Dividend | | | Sold | 3/20 | J | | |
| 16. Franklin Income Fund (FKINX) | A | Dividend | | | Sold | 3/20 | J | | |
| 17. Intl. Business Machines Corp. (IBM) | A | Dividend | | | Sold | 3/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nuveen Florida Investment Fund (NQF) | B | Dividend | | | Sold | 3/20 | J | | |
| 19. Van Kampen Invt. Muns. Tr. (VGM) | A | Dividend | | | Sold | 3/20 | J | | |
| 20. Capital Income Bldr. Fd. (CIBCX) | A | Dividend | | | Sold | 3/20 | J | | |
| 21. Income Fund of America (IFACX) | A | Dividend | | | Sold | 3/20 | J | | |
| 22. Time Share Unit, Jackson County NC | | None | K | W | | | | | |
| 23. USAA Income Stock Fund | B | Dividend | | | Sold | 3/20 | M | A | |
| 24. USAA Tax Exempt Interm.-Term Fund | D | Interest | M | T | | | | | |
| 25. Dryden High Yield Fund (PBHYX) | A | Interest | | | Sold | 3/20 | J | A | |
| 26. Intel Corp, Common Stock (INTC) | A | Dividend | | | Sold | 3/20 | J | B | |
| 27. Pioneer High Yield Fund (TBHYX) | A | Dividend | | | Sold | 3/20 | K | A | |
| 28. TCW Fds (TGMNX) | A | Dividend | | | Sold | 3/20 | J | B | |
| 29. Van Guard Tax Exempt FDS (VWITX) | A | Dividend | | | Sold | 3/20 | J | A | |
| 30. Van Guard Fixed Income Secs (VFIIX) | A | Dividend | | | Sold | 3/20 | K | A | |
| 31. Wal-Mart Stores (WMT) | A | Dividend | | | Sold | 3/20 | J | A | |
| 32. | | | | | | | | | |
| 33. Washington Mutual Bank | A | Interest | K | T | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. CBL & Assoc. Properties Inc. (CBL) | A | Dividend | | | Sold | 9/17 | J | A | |
| 38. Oneok Partners (OKE) | A | Dividend | | | Sold | 9/17 | J | A | |
| 39. Sovran Self Storage (SSS) | A | Dividend | | | Sold | 9/17 | J | A | |
| 40. UDR (UDR) | A | Dividend | | | Sold | 9/17 | J | A | |
| 41. Income Fund of America (IFACX) | A | Dividend | | | Sold | 9/19 | K | A | |
| 42. Altira Group (MO) | A | Dividend | | | Sold | 9/18 | J | A | |
| 43. Gabelli Equity Trust (GAB) | A | Dividend | | | Sold | 9/18 | J | A | |
| 44. Gabelli Healthcare (GRX) | A | Dividend | | | Sold | 9/18 | J | A | |
| 45. Hrpt Ppty Tr Sbi (HRP) | A | Dividend | | | Sold | 9/18 | J | A | |
| 46. Kraft Foods (KFT) | A | Dividend | | | Sold | 8/6 | J | A | |
| 47. Regency Centers (REG) | A | Dividend | | | Sold | 8/6 | J | A | |
| 48. Capital Income Bldr. Fd. (CAIBX) | A | Dividend | K | T | | | | | |
| 49. Income Fund of America (IFACX) | A | Dividend | | | Sold | 9/18 | J | | |
| 50. Annaly Capital Management Inc. (NLY) | A | Dividend | | | Sold | 9/18 | J | | |
| 51. Nuveen Quality Preferred (JTP) | A | Dividend | | | Sold | 9/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Nuveen Florida Investment Fund (NQF) | A | Dividend | | | Sold | 10/3 | J | | |
| 53. DWS Municipal Trust Fund (SMLAX | A | Dividend | | | Sold | 9/18 | J | | |
| 54. | | | | | | | | | |
| 55. | | | | | | | | | |
| 56. Adobe (ADBE) | | None | | | Sold | 3/13 | J | | |
| 57. American Movil SAB (AMX) | | None | | | Sold | 1/16 | J | | |
| 58. Becton, Dickinson & Co. (BDX) | A | Dividend | | | Sold | 4/18 | J | A | |
| 59. Power Shares DB Agriculture (DBA) | | None | | | Sold | 3/10 | J | A | |
| 60. Claymore BNY Mellon (EEB) | | None | | | Sold | 1/16 | J | A | |
| 61. Ishares MSCI Emerging Markets (EEM) | | None | | | Sold | 1/8 | J | A | |
| 62. EMC | | None | | | Sold | 1/7 | J | A | |
| 63. Ishares MSCI Germany (EWG) | | None | | | Sold | 3/5 | J | | |
| 64. Ishares MSCI Hong Kong (EWH) | | None | | | Sold | 1/23 | J | A | |
| 65. Ishares MSCI Malaysia (EWM) | | None | | | Sold | 5/7 | J | A | |
| 66. Honeywell (HON) | A | Dividend | | | Sold | 6/27 | J | | |
| 67. Ishares Dow Jones US Utilities (IDU) | A | Dividend | | | Sold | 8/15 | J | | |
| 68. Ishares Dow Jones US Oil Equip. (IEZ) | A | Dividend | | | Sold | 8/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Covington, Virginia M. | - | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ishares S&P NA Tech. (IGN) | | None | | | Sold | 1/9 | J | | |
| 70. Ishares S&P Na Tec-SW Idx Fund (IGV) | | None | | | Sold | 1/7 | J | | |
| 71. Ipath MSCI India Index (INP) | | None | | | Sold | 1/16 | J | A | |
| 72. Ishares Dow Jones US Aerospace & Defense Index (ITA) | | None | | | Sold | 2/8 | J | A | |
| 73. Ishares S&P Global Technology Jeta Index ( IXN) | A | Dividend | | | Sold | 8/15 | J | A | |
| 74. Ishares Morningstar Mid-Growth Index (J KH) | | None | | | Sold | 1/8 | J | | |
| 75. Van Guard Telecommunication Service (VO X) | | None | | | Sold | 1/9 | J | | |
| 76. Western Digital Corp. (WDC) | | None | | | Sold | 4/4 | J | A | |
| 77. Energy Sector SPDR ETF(XLE) | A | Dividend | | | Sold | 7/18 | J | A | |
| 78. | | | | | | | | | |
| 79. Claymore BNY Mellon (EEB) | | None | | | Buy | 4/18 | J | | |
| 80. Claymore BNY Mellon (EEB) | | None | | | Sold | 4/4 | J | A | |
| 81. Claymore BNY Mellon (EEB) | | None | | | Sold | 7/3 | J | A | |
| 82. Abbott Labs (ABT) | | None | | | Buy | 7/17 | J | | |
| 83. Abbott Labs (ABT) | | None | | | Sold | 8/15 | J | A | |
| 84. Agrium Inc. (AGU) | | None | | | Buy | 1/23 | J | | |
| 85. Agrium Inc. (AGU) | | None | | | Sold | 4/24 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Agrium Inc. (AGU) | | None | | | Buy | 1/23 | J | | |
| 87. Agrium Inc. (AGU) | | None | | | Sold | 4/29 | J | A | |
| 88. Aim FDS Group Small Cap Equity (SMEA X) | | None | | | Buy | 8/22 | J | | |
| 89. Aim FDS Group Small Cap Equity (SMEA X) | | None | | | Sold | 11/10 | J | | |
| 90. Arrow DWA Balanced Fund Class A (DWA FX) | | None | | | Buy | 8/22 | J | | |
| 91. Arrow DWA Balanced Fund Class A (DWA FX) | | None | | | Sold | 11/10 | J | | |
| 92. Brinks Co. (BCO) | A | Dividend | | | Buy | 3/25 | J | | |
| 93. Brinks Co. (BCO) | | None | | | Sold | 7/11 | J | | |
| 94. Brinks Co. (BCO) | A | Dividend | | | Buy | 3/25 | J | | |
| 95. Brinks Co. (BCO) | | None | | | Sold | 8/15 | J | A | |
| 96. Calvert Fund Income Portfolio Class A (CFI CX) | A | Dividend | | | Buy | 8/22 | J | | |
| 97. Calvert Fund Income Portfolio Class A (CFI CX) | | None | | | Sold | 11/10 | J | | |
| 98. Calvert Fund Income Portfolio Class A (CFI CX) | A | Dividend | | | Buy | 8/29 | J | | |
| 99. Calvert Fund Income Portfolio Class A (CFI CX) | | None | | | Sold | 11/10 | J | | |
| 100. Calvert Fund Income Portfolio Class A (CFI CX) | A | Dividend | | | Buy | 9/29 | J | | |
| 101. Calvert Fund Income Portfolio Class A (CFI CX) | | None | | | Sold | 11/10 | J | | |
| 102. Calvert Fund Income Portfolio Class A (CFI CX) | | None | | | Buy | 10/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Calvert Fund Income Portfolio Class A (CFICX) | | None | | | Sold | 11/10 | J | | |
| 104. Chesapeake Energy Corp. (CHK) | A | Dividend | | | Buy | 1/10 | J | | |
| 105. Chesapeake Energy Corp. (CHK) | | None | | | Sold | 7/8 | J | A | |
| 106. Chesapeake Energy Corp. CHK) | A | Dividend | | | Buy | 1/10 | J | | |
| 107. Chesapeake Energy Corp. CHK) | | None | | | Sold | 7/24 | J | A | |
| 108. Claymore/BNY BRIC (EEB) | | None | | | Buy | 4/18 | J | | |
| 109. Claymore/BNY BRIC (EEB) | | None | | | Sold | 7/3 | J | A | |
| 110. CSX Corp. (CSX) | A | Dividend | | | Buy | 1/24 | J | | |
| 111. CSX Corp. (CSX) | | None | | | Sold | 8/13 | J | A | |
| 112. CurrencyShares Australian Dollar Trust (FXA) | | None | | | Buy | 6/26 | J | | |
| 113. CurrencyShares Australian Dollar Trust (FXA) | | None | | | Sold | 8/7 | J | | |
| 114. CurrencyShares Euro Trust FD (FXE) | | None | | | Buy | 1/4 | J | | |
| 115. CurrencyShares Euro Trust FD (FXE) | | None | | | Sold | 5/1 | J | A | |
| 116. Fed Ex Corp. (FDX) | | None | | | Buy | 5/1 | J | | |
| 117. Fed Ex Corp. (FDX) | | None | | | Sold | 5/21 | J | | |
| 118. Goldman Sachs Group Inc. (GS) | | None | | | Buy | 1/31 | J | | |
| 119. Goldman Sachs Group Inc. (GS) | | None | | | Sold | 2/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Hercules Inc., Com (HPC) | A | Dividend | | | Buy | 4/1 | J | | |
| 121. Hercules Inc., Com (HPC) | | None | | | Sold | 7/11 | J | A | |
| 122. I Shares Silver Trust (SLV) | | None | | | Buy | 3/12 | J | | |
| 123. I Shares Silver Trust (SLV) | | None | | | Sold | 3/19 | J | | |
| 124. Income Fund AMER, Inc. CL C (IFACX) | A | Dividend | | | Buy | 8/5 | J | | |
| 125. Income Fund AMER, Inc. CL C (IFACX) | | None | | | Sold | 10/3 | J | | |
| 126. Income Fund AMER, Inc. CL C (IFACX) | A | Dividend | | | Buy | 9/22 | J | | |
| 127. Income Fund AMER, Inc. CL C (IFACX) | | None | | | Sold | 10/3 | J | | |
| 128. I Shares MSCI Switzerland Index FD (EWL) | | None | | | Buy | 3/25 | J | | |
| 129. I Shares MSCI Switzerland Index FD (EWL) | | None | | | Sold | 5/2 | J | A | |
| 130. I Shares MSI Brazil Index (EWZ) | A | Dividend | | | Buy | 1/28 | J | | |
| 131. I Shares MSI Brazil Index (EWZ) | | None | | | Sold | 8/11 | J | | |
| 132. I Shares S&P Latin America 40 (ILF) | A | Dividend | | | Buy | 5/1 | J | | |
| 133. I Shares S&P Latin America 40 (ILF) | | None | | | Sold | 7/3 | J | | |
| 134. I Shares S&P NA Tech Semi Index (IGW) | | None | | | Buy | 7/17 | J | | |
| 135. I Shares S&P NA Tech Semi Index (IGW) | | None | | | Sold | 7/29 | J | | |
| 136. I Shares TR Dow Jones US FINCL SVCS Composite Index (IYG) | | None | | | Buy | 7/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. I Shares TR Dow Jones US FINCL SVCS Composite Index (IYG) | | None | | | Sold | 8/15 | J | A | |
| 138. JB Hunt Transport Service, Inc. (JBHT) | A | Dividend | | | Buy | 1/30 | J | | |
| 139. JB Hunt Transport Service, Inc. (JBHT) | | None | | | Sold | 8/15 | J | A | |
| 140. Jennison Health Sciences Fuind CL Z (PH SZX) | | None | | | Buy | 8/22 | J | | |
| 141. Jennison Health Sciences Fuind CL Z (PH SZX) | | None | | | Sold | 11/10 | J | | |
| 142. JP Morgan Chase & Co. (JPM) | | None | | | Buy | 1/30 | J | | |
| 143. JP Morgan Chase & Co. (JPM) | | None | | | Sold | 3/7 | J | | |
| 144. JP Morgan Chase & Co. (JPM) | | None | | | Buy | 4/28 | J | | |
| 145. JP Morgan Chase & Co. (JPM) | | None | | | Sold | 6/6 | J | A | |
| 146. Keeley Funds Small Cap Value Fund A (KS CVX) | | None | | | Buy | 8/22 | J | | |
| 147. Keeley Funds Small Cap Value Fund A (KS CVX) | | None | | | Sold | 11/10 | J | | |
| 148. Lowes Companies Inc. (LOW) | | None | | | Buy | 5/2 | J | | |
| 149. Lowes Companies Inc. (LOW) | | None | | | Sold | 7/10 | J | | |
| 150. Market Vector Gold Miners (GDX) | | None | | | Buy | 2/8 | J | | |
| 151. Market Vector Gold Miners (GDX) | | None | | | Sold | 4/1 | J | | |
| 152. Market Vectors Agri Business (MOO) | | None | | | Buy | 4/25 | J | | |
| 153. Market Vectors Agri Business (MOO) | | None | | | Sold | 8/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | III =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Market Vectors Coal ETF (KOL) | | None | | | Buy | 4/7 | J | | |
| 155.  Market Vectors Coal ETF (KOL) | | None | | | Sold | 8/5 | J | | |
| 156.  McDonalds Corp. (MCD) | A | Dividend | | | Buy | 1/9 | J | | |
| 157.  McDonalds Corp. (MCD) | | None | | | Sold | 8/15 | J | A | |
| 158.  Monsanto Co. New (MON) | A | Dividend | | | Buy | 4/24 | J | | |
| 159.  Monsanto Co. New (MON) | | None | | | Sold | 7/8 | J | | |
| 160.  Monsanto Co. New (MON) | | None | | | Buy | 4/24 | J | | |
| 161.  Monsanto Co. New (MON) | | None | | | Sold | 8/5 | J | | |
| 162.  Northern Trust Corp. NTRS) | | None | | | Buy | 7/23 | J | | |
| 163.  Northern Trust Corp. (NTRS) | | None | | | Sold | 8/15 | J | | |
| 164.  Oracle Corp. (ORCL) | | None | | | Buy | 4/2 | J | | |
| 165.  Oracle Corp. (ORCL) | | None | | | Sold | 8/15 | J | A | |
| 166.  Raytheon Co. (RTN) | | None | | | Buy | 4/18 | J | | |
| 167.  Raytheon Co. (RTN) | | None | | | Sold | 6/9 | J | | |
| 168.  Schwab Charles Corp. New (SCHW) | A | Dividend | | | Buy | 1/23 | J | | |
| 169.  Schwab Charles Corp. New (SCHW) | | None | | | Sold | 4/1 | J | | |
| 170.  SPDR Gold Trust ETF (GLD) | | None | | | Buy | 7/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SPDR Gold Trust ETF (GLD) | | None | | | Sold | 8/11 | J | | |
| 172. Staples Inc. (SPLS) | | None | | | Buy | 8/5 | J | | |
| 173. Staples Inc. (SPLS) | | None | | | Sold | 8/15 | J | A | |
| 174. Symantec Corp. (SYMC) | | None | | | Buy | 8/11 | J | | |
| 175. Symantec Corp. SYMC) | | None | | | Sold | 8/15 | J | A | |
| 176. T. Rowe Price Group Inc. (TROW) | | None | | | Buy | 7/29 | J | | |
| 177. T. Rowe Price Group Inc. (TROW) | | None | | | Sold | 8/15 | J | A | |
| 178. Thermo Fisher Scientific Inc. (TMO) | | None | | | Buy | 7/31 | J | | |
| 179. Thermo Fisher Scientific Inc. (TMO) | | None | | | Sold | 8/15 | J | A | |
| 180. Transocean Inc. New (RIG) | | None | | | Buy | 5/29 | J | | |
| 181. Transocean Inc. New (RIG) | | None | | | Sold | 8/15 | J | | |
| 182. Ultrashort Consumer Services Proshares (SCC) | | None | | | Buy | 1/15 | J | | |
| 183. Ultrashort Consumer Services Proshares (SCC) | | None | | | Sold | 1/23 | J | | |
| 184. Ultrashort Lehman ETF 20 + Year Treasury Pro Shares (TBT) | | None | | | Buy | 6/25 | J | | |
| 185. Ultrashort Lehman ETF 20 + Year Treasury Pro Shares (TBT) | | None | | | Sold | 8/15 | J | | |
| 186. Ultrashort Russell 2000 Pro Shares ETF (TWM) | | None | | | Buy | 1/4 | J | | |
| 187. Ultrashort Russell 2000 Pro Shares ETF (TWM) | | None | | | Sold | 1/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Ultrashort S&P 500 Pro Shares (SDS) | | None | | | Buy | 3/10 | J | | |
| 189. Ultrashort S&P 500 Pro Shares (SDS) | | None | | | Sold | 3/17 | J | A | |
| 190. Urban Outfitters Inc. (URBN) | | None | | | Buy | 4/30 | J | | |
| 191. Urban Outfitters Inc. (URBN) | | None | | | Sold | 8/15 | J | A | |
| 192. Van Kampen Real Estate Sec Fund CL A (A CREX) | A | Dividend | | | Buy | 8/22 | J | | |
| 193. Van Kampen Real Estate Sec Fund CL A (A CREX) | | None | | | Sold | 11/10 | J | | |
| 194. Van Kampen Real Estate Sec Fund CL A (A CREX) | | None | | | Buy | 9/12 | J | | |
| 195. Van Kampen Real Estate Sec Fund CL A (A CREX) | | None | | | Sold | 11/10 | J | | |
| 196. Visa Inc. CL A (V) | A | Dividend | | | Buy | 7/31 | J | | |
| 197. Visa Inc. CL A (V) | | None | | | Sold | 8/15 | J | A | |
| 198. Wal-Mart Stores Inc. (WMT) | A | Dividend | | | Buy | 3/24 | J | | |
| 199. Wal-Mart Stores Inc. (WMT) | | None | | | Sold | 8/15 | J | A | |
| 200. Weatherford Intl LTD (WFT) | | None | | . | Buy | 1/11 | J | | |
| 201. Weatherford Intl LTD (WFT) | | None | | | Sold | 5/1 | J | A | |
| 202. Weatherford Intl LTD (WFT) | | None | | | Buy | 1/11 | J | | |
| 203. Weatherford Intl LTD (WFT) | | None | | | Sold | 7/23 | J | A | |
| 204. XTO Energy Inc. (XTO) | A | Dividend | | | Buy | 6/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  XTO Energy Inc. (XTO) | | None | | | Sold | 7/17 | J | | |
| 206. | | | | | | | | | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |
| 209.  American Century Target Maturities (BTT TX) | A | Dividend | K | T | Buy | 11/11 | K | | |
| 210.  Van Kampen Comstock FD (ACSTX) | A | Dividend | K | T | Buy | 11/12 | K | | |
| 211.  Arrow Balanced Fund Northern Ltd. (D WATX) | A | Dividend | J | T | Buy | 11/12 | J | | |
| 212.  Greenville CD, Greenville, TN | A | Interest | K | T | Buy | 11/12 | K | | |
| 213.  Wachovia Bank Deposit CD | A | Interest | J | T | Buy | 11/12 | J | | |
| 214.  First Bank of Puerto Rico CD | A | Interest | K | T | Buy | 11/19 | K | | |
| 215.  Capital One National Assn. CD, McLean, VA | A | Interest | K | T | Buy | 11/19 | K | | |
| 216.  Goldman Sachs Bank USA CD | A | Interest | K | T | Buy | 11/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Covington, Virginia M. | 05/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 1: Bank of America accounts consolidated from 2007 report (Lines 1 and 47 from 2007 report).

Line 2: Owned by ████████████ (was Line 8 on 2007 report).

Line 5: SunTrust Bank accounts have been consolidated from 2007 report (Lines 13 and 48 from 2007 report).

Line 6: Centennial Money Market Trust accounts have been consolidated from 2007 report (Lines 15, 23, and 49 from 2007 report).

Line 11: Was asset in ██████ trust for which I was trustee. ██████ died in 2007 and I am not entitled to receive distribution (Line 33 from 2007 report).

Line 13: A.G. Edwards accounts have been consolidated from 2007 report (Lines 14 and 22 from 2007 report).

Line 14: Was asset in ██████ trust for which I was trustee. ██████ died in 2007 and I am not entitled to receive distribution (Line 34 from 2007 report).

Line 65: Sale of EWM reported in Lines 88, 89, and 90 of 2007 report indicated here.

Trust assets have been transferred to individual ownership (Lines 10 and 20 from 2007 report).

USAA Tax-exempt, Line 67 of 2007 report is a duplicate of Line 37, 2007 report.

Received royalities for ██████████ book for first time in 2008.

Lines 3, 4, and 12 assessment date is January 1, 2008.

Line 3 assessed value is $373,402.

Line 4 assessed value is $866,400.

Line 12 assessed value is $ 363,000.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544